MARY LAVENTHALL et al., Plaintiffs, *v.* FIREMAN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, et al., Defendants.

Submitted October 4, 1943; decided October 14, 1943.

*Homer I. Harris* for motion.
*John L. Fletcher* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.